JOHN QUILL, as Administrator, etc., Respondent, *v.* THE NEW
   YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY,
   Appellant.

(Argued February 27, 1891; decided March 17, 1891.)

APPEAL from judgment of the General Term of the Court of
Common Pleas in and for the city and county of New York,
entered upon an order made June 18, 1890, which affirmed a
judgment in favor of plaintiff entered upon a verdict.

*Hamilton Harris* for appellant.

*Hugh L. Cole* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.